UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

TAREZ MADALION
                                                          : Bankruptcy No. 16-15468SR
         Debtor(s)                                        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Dated: **February 9, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ALLAN K MARSHALL ESQ
1819 J F K  BLVD
#400
PHILADELPHIA PA 19103

TAREZ MADALION
1814 W. GLENWOOD
PHILADELPHIA,PA.19132