United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-15468-sr
Tarez Madalion                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia        Page 1 of 1              Date Rcvd: Feb 09, 2017
                            Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db          +Tarez Madalion,   1814 W. Glenwood,    Philadelphia, PA 19132-3825
13770114    +Berkheimer,   P O Box 25144,    Lehigh Valley, PA 18002-5144
13829201    +Porania, LLC,   P.O. Box 12213,    Scottsdale, AZ 85267-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Feb 10 2017 01:49:04     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2017 01:48:40
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 10 2017 01:48:47    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2017 02:01:50     Orion,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13856710     E-mail/Text: bankruptcy.bnc@ditech.com Feb 10 2017 01:48:25
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13770115     E-mail/Text: bankruptcy.bnc@ditech.com Feb 10 2017 01:48:25     GreenTree Servicing,
             345 St. Peter St,   Saint Paul, MN 55102
13776015     E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2017 02:02:53     Orion Portfolio Services LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
13770116    +E-mail/Text: paul.cressman@phelanhallinan.com Feb 10 2017 01:49:05    Phelan Hallinan,
             1617 JFK Blvd # 1400,   Philadelphia, PA 19103-1814
13774462     E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2017 02:00:38
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                                        TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
        ALLAN K. MARSHALL    on behalf of Debtor Tarez  Madalion akm6940@aol.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

TAREZ MADALION
                                              : Bankruptcy No. 16-15468SR
            Debtor(s)                         : Chapter 13

ORDER

    AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Dated: **February 9, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ALLAN K MARSHALL ESQ
1819 J F K  BLVD
#400
PHILADELPHIA PA 19103

TAREZ MADALION
1814 W. GLENWOOD
PHILADELPHIA,PA.19132